A. E. Handschy Company, Appellee, v. Rowen Litho Press, Inc., Appellant.

Gen. No. 45,760.

Frederick J. Bertram, for appellant; Teller, Levit & Silvertrust, for appellee; Leon Silvertrust, and H. J. Goldberger, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed October 22, 1952; rehearing denied November 14, 1952; released for publication November 17, 1952.